**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Columbia__
                               (State)

Case number (*if known*): _____ Chapter ___11___

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

1. **Debtor's name**

   The Jerk Pit, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   5 6 – 2 4 8 6 0 1 6

4. **Debtor's address**

   **Principal place of business**

   | 9078 | Baltimore Avenue |
   |------|------------------|
   | Number | Street |

   | College Park | MD | 20740 |
   |--------------|-----|-------|
   | City | State | ZIP Code |

   | Prince George's |
   |-----------------|
   | County |

   **Mailing address, if different from principal place of business**

   | 6510 | Park Hall Drive |
   |------|-----------------|
   | Number | Street |

   P.O. Box

   | Laurel | MD | 20707 |
   |--------|-----|-------|
   | City | State | ZIP Code |

   **Location of principal assets, if different from principal place of business**

   | | |
   |-|-|
   | Number | Street |

   | | | |
   |-|-|-|
   | City | State | ZIP Code |

5. **Debtor's website (URL)**

   https://myjerkpit.com/

Debtor    The Jerk Pit, LLC _____    Case number (if known) _____
Name

---

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

__7_  __2_  __2_  _5__

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*

  - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.  District _____  When _____  Case number _____
                                   MM / DD / YYYY
         District _____  When _____  Case number _____
                                   MM / DD / YYYY

---

Debtor    The Jerk Pit, LLC
_____
Name

Case number (if known) _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor    Lisa Nash                          Relationship    Owner

District    Columbia                          When    03 / 21 / 2025
                                                      MM / DD / YYYY

Case number, if known    25-00097

---

**11. Why is the case filed in *this* district?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    9078 Baltimore Avenue
                             _____
                             Number          Street

                             _____

                             College Park                    MD    20740
                             _____
                             City                            State ZIP Code

**Is the property insured?**

☐ No

☒ Yes. Insurance agency    Hartford Insurance Company

Contact name    McGriff Insurance Agency c/o Isaac Ferguson

Phone    888-743-2217

---

### Statistical and administrative information

---

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Debtor    **The Jerk Pit, LLC**
_____    Case number (if known)_____
Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0–$50,000 | ■ $1,000,001–$10 million | ☐ $500,000,001–$1 billion |
| | ☐ $50,001–$100,000 | ☐ $10,000,001–$50 million | ☐ $1,000,000,001–$10 billion |
| | ☐ $100,001–$500,000 | ☐ $50,000,001–$100 million | ☐ $10,000,000,001–$50 billion |
| | ☐ $500,001–$1 million | ☐ $100,000,001–$500 million | ☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0–$50,000 | ■ $1,000,001–$10 million | ☐ $500,000,001–$1 billion |
| | ☐ $50,001–$100,000 | ☐ $10,000,001–$50 million | ☐ $1,000,000,001–$10 billion |
| | ☐ $100,001–$500,000 | ☐ $50,000,001–$100 million | ☐ $10,000,000,001–$50 billion |
| | ☐ $500,001–$1 million | ☐ $100,000,001–$500 million | ☐ More than $50 billion |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05  27/2025
             MM / DD / YYYY

✗ _[signature]_____    Lisa Waddell Nash
Signature of authorized representative of debtor    Printed name

Title   President
_____

---

**18. Signature of attorney**

✗   /s/ Lisa Laukitis
_____    Date   05  27/ 2025
Signature of attorney for debtor      MM / DD / YYYY

Lisa Laukitis
_____
Printed name

Milbank LLP
_____
Firm name

55        Hudson Yards
_____
Number        Street

New York                    NY        10001
_____
City    State    ZIP Code

2125305000            llaukitis@milbank.com
_____
Contact phone    Email address

3040573            New York
_____
Bar number    State

---

**Fill in this information to identify the case:**

Debtor name ___ The Jerk Pit, LLC ___

United States Bankruptcy Court for the: _____ District of ___ Columbia ___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Small Business Administration 409 3rd Street, SW Washington, DC 20416 | covideidlservicing@sba.gov 833-572-0502 | Business loan | | $500,000 | Unliquidated | Unliquidated |
| 2 | Daria Land Group LLC PO Box 131 Spencerville, MD 20868-0131 | | Commercial lease | Unliquidated | $85,200.00 | | |
| 3 | Capitalize Group LLC 99 Wall Street New York, NY 10005 | charles@capitalizegroup.com 631-607-5570 | Receivables financing | Contingent Unliquidated Disputed | $99,043.30 | Unliquidated | Unliquidated |
| 4 | Parafin Inc. 301 Howard Street, Suite 1500 San Francisco, CA 94105 | legal@parafin.com 855-967-1803 | Receivables financing | Contingent Unliquidated Disputed | $48,079.89 | Unliquidated | Unliquidated |
| 5 | Fox Funding Group LLC 803 S 21st Avenue Hollywood, FL 33020 | 800-895-4424 | Receivables financing | Contingent Unliquidated Disputed | $45,170.72 | Unliquidated | Unliquidated |
| 6 | Washington Area Community Investment Fund, Inc. 2012 Rhode Island Avenue NE Washington, D.C. 20018 | lendingteam@wacif.org 202-529-5505 | Business loan | | $35,965.11 | | $35,965.11 |
| 7 | Acme Paper and Supply Co., Inc. 8229 Sandy Court Savage, MD 20763 | 410-792-2333 | Supplies | | $33,213.92 | | $33,213.92 |
| 8 | Square Financial Services 3165 E Millrock Drive, Suite 160 Salt Lake City, UT 84121 | | Receivables financing | Unliquidated | $27,000.00 | | $27,000.00 |

The Jerk Pit, LLC

| Debtor | Name | | Case number *(if known)* | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Celtic Bank 268 South State Street, Suite 300 Salt Lake City, UT 84111 | help@celticbank.com | Receivables financing | Unliquidated | $24,918.00 | Unliquidated | Unliquidated |
| 10 | First Data Merchant Services 3975 N.W. 120th Avenue Coral Springs, FL 33065 | | Receivables financing | Contingent Unliquidated Disputed | $22,253.00 | Unliquidated | Unliquidated |
| 11 | Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | Payroll Tax | Unliquidated | $22,000.00 | | |
| 12 | Servicing Solutions PO Box 631727 Irving, TX 75063 | 877-930-0422 | Credit card | | $13,550.52 | | $13,550.52 |
| 13 | Pepco Holdings PO Box 13608 Philadelphia, PA 19101 | 202-833-7500 | Utility services | | $11,150.20 | | $11,150.20 |
| 14 | Spectrum Foods 3388 Pennsy Drive Landover, MD 20785 | 301-322-8005 | Food vendor | | 11,000.00 | | |
| 15 | PNC Bank Retail Lending PO Box 3479 Pittsburgh, PA 15230 | | Credit card | | $10,985.30 | | $10,985.30 |
| 16 | Capital One, N.A. PO Box 30285 Salt Lake City, UT 84130 | | Credit card | | $10,185.07 | | $10,185.07 |
| 17 | Porsche Leasing 1 Porsche Drive Atlanta, GA 30354 | | Car lease | | $5,693.83 | | $5,693.83 |
| 18 | Office of the Comptroller of Maryland Revenue Administration Division PO Box 549 Annapolis, MD 21411-0001 | | Sales Tax | Unliquidated | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**LOCAL OFFICIAL FORM 102**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| In re: | The Jerk Pit, LLC | **Case No. xx-xxxxx-ELG** |
| --- | --- | --- |
| , | **Debtor.** | **Chapter 11** |

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept a flat fee of ...............................$ 0
Filing fees...................................................................................................$ 0

Prior to the filing of this statement I have received .....................................$ 0

Balance Due ...............................................................................................$ 0

### OR

I have agreed to provide services on the following terms and conditions (i.e., hourly or without compensation on a pro bono basis). If pro bono, questions 2, 3, and 4 may be omitted.

We are providing services on a pro bono basis.

2.    The source of the compensation paid to me was:

☐Debtor            ☐Other (specify) N/A

3.    The source of compensation to be paid to me is:

☐Debtor            ☐Other (specify) N/A

4.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

**LOCAL OFFICIAL FORM 102**

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.    Preparation and filing of any petition, schedules, statements of affairs, and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

    I certify that the foregoing is an accurate statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date: May 27, 2025

/s/ Lisa Laukitis

_____
Signature of attorney
Lisa Laukitis, (NY Bar No. 3040573)
_____
Name, Bar Number
Milbank LLP
_____
Firm
55 Hudson Yards
_____
Address
New York, NY 10001
_____
Address
1 (212) 530-5000
_____
Telephone
llaukitis@milbank.com
_____
Email Address

**THE JERK PIT LLC & LIME CAY INC**
# Balance Sheet
**As of March 31, 2025**

|  |  | Total |
|---|---|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| **Bank Accounts** | | |
| **Business Basic Checking (0127) - 2** | | -146.09 |
| **Business Checking (4169) - 1** | | 59,022.72 |
| **Business Checking (7552) - 1** | | -27,198.76 |
| **Operating (2284) - 3** | | -20,251.27 |
| **Payroll (2276) - 3** | | 12,594.00 |
| **Total Bank Accounts** | $ | **24,020.60** |
| **Total Current Assets** | $ | **24,020.60** |
| **TOTAL ASSETS** | $ | **24,020.60** |
| **LIABILITIES AND EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Other Current Liabilities** | | |
| **Doordash Capital** | | -54,342.28 |
| **Total Other Current Liabilities** | -$ | **54,342.28** |
| **Total Current Liabilities** | -$ | **54,342.28** |
| **Total Liabilities** | -$ | **54,342.28** |
| **Equity** | | |
| **Opening Balance Equity** | | -1,759.13 |
| **Retained Earnings** | | |
| **Net Income** | | 80,122.01 |
| **Total Equity** | $ | **78,362.88** |
| **TOTAL LIABILITIES AND EQUITY** | $ | **24,020.60** |

Thursday, Apr 17, 2025 10:48:36 AM GMT-7 - Accrual Basis

**THE JERK PIT LLC & LIME CAY INC**
## Profit and Loss
**January - March, 2025**

|  |  | Total |
|---|---|---|
| **Income** |  |  |
| Sales |  | 114,762.05 |
| *Returns |  | -9,377.52 |
| Doordash Sales |  | 77,493.83 |
| Grubhub |  | 7,217.26 |
| Square Sales |  | 441,992.11 |
| Returns - Square |  | -1,420.10 |
| Total Square Sales | $ | 440,572.01 |
| Toast Sales |  | 18,498.02 |
| Returns - Toast |  | -3,577.72 |
| Total Toast Sales | $ | 14,920.30 |
| UberEats Sales |  | 171,594.19 |
| Returns - Uber |  | -3,546.39 |
| Total UberEats Sales | $ | 168,047.80 |
| Total Sales | $ | 813,635.73 |
| **Total Income** | $ | 813,635.73 |
| **Cost of Goods Sold** |  |  |
| Cost of Goods Sold |  | 344,134.22 |
| **Total Cost of Goods Sold** | $ | 344,134.22 |
| **Gross Profit** | $ | 469,501.51 |
| **Expenses** |  |  |
| Advertising & Marketing |  | 2,866.28 |
| Social Media |  | 887.22 |
| Total Advertising & Marketing | $ | 3,753.50 |
| General business expenses |  |  |
| Bank fees & service charges |  | 13,887.50 |
| Memberships & subscriptions |  | 549.82 |
| Total General business expenses | $ | 14,437.32 |
| Insurance |  | 5,721.80 |
| Office expenses |  | 1,728.12 |
| Software & apps |  | 122.89 |
| Supplies & Materials |  | 9,215.16 |
| Total Office expenses | $ | 11,066.17 |
| Payroll expenses |  |  |
| Software & Services |  | -3,815.66 |
| Total Payroll expenses | -$ | 3,815.66 |
| Travel |  | 3,201.74 |
| Utilities |  | 9,286.75 |
| Waste Removal |  | 10,604.04 |

| | | |
|---|---|---|
| **Total Utilities** | **$** | **19,890.79** |
| **Total Expenses** | **$** | **54,255.66** |
| **Net Operating Income** | **$** | **415,245.85** |
| **Other Expenses** | | |
| Ask My Accountant | | 160,798.61 |
| Checks & Wire Transfers | | 173,325.23 |
| **Total Ask My Accountant** | **$** | **334,123.84** |
| **Total Other Expenses** | **$** | **334,123.84** |
| **Net Other Income** | **-$** | **334,123.84** |
| **Net Income** | **$** | **81,122.01** |

Thursday, Apr 17, 2025 10:46:32 AM GMT-7 - Accrual Basis

# THE JERK PIT LLC & LIME CAY INC
## Statement of Cash Flows
### January 1 - April 17, 2025

| | Total |
|---|---|
| **OPERATING ACTIVITIES** | |
| **Net Income** | 83,283.73 |
| **Adjustments to reconcile Net Income to Net Cash provided by operations:** | |
| Doordash Capital | -57,285.04 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | -$     57,285.04 |
| **Net cash provided by operating activities** | $     25,998.69 |
| **FINANCING ACTIVITIES** | |
| Opening Balance Equity | -1,759.13 |
| **Net cash provided by financing activities** | -$     1,759.13 |
| **Net cash increase for period** | $     24,239.56 |
| **Cash at end of period** | $     24,239.56 |

Thursday, Apr 17, 2025 10:47:27 AM GMT-7

# United States Bankruptcy Court
## for the District of Columbia

*In re*

## The Jerk Pit, LLC,

Debtor.

Case No. 25-_____ (ELG)

Chapter 11

## List of Creditors and Mailing Matrix

1.      The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the Court's Local Bankruptcy Rules, consists of eight pages and a total of sixty-four entities listed.

2.      The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D and E/F, the Schedules of Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G, Executory Contracts and Unexpired Leases—that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

- each entity required to be listed on Schedule H, Codebtors—that is, any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 27, 2025
Laurel, MD

_____

Lisa Waddell Nash
President
The Jerk Pit, LLC

Small Business Administration
409 3rd Street SW
Washington, D.C. 20416


EdFinancial Services
P.O. Box 36008
Knoxville, TN 37930


Capitalize Group
99 Wall Street
New York, NY 10005


Parafin Inc.
301 Howard Street, Suite# 1500
San Francisco, CA 94105


Fox Funding Group LLC
803 S 21st Avenue
Hollywood, FL 33020


Lieberman & Klestzick LLP
381 Sunrise Highway, 3rd Floor
Lynbrook, NY 11563


First Data Merchant Services
3975 N.W. 120th Avenue
Coral Springs, FL 33065


Washington Area Community Investment
Fund, Inc.
Attn: Lending Department
2012 Rhode Island Avenue
Washington, D.C. 20018

Celtic Bank
268 South State Street Suite# 300
Salt Lake City, UT 84111


WebBank
215 State Street Suite# 1000
Salt Lake City, UT 84111


2436 18th Street Associates, LLC
c/o Park Place Properties LLC
8670 Chesapeake Lighthouse Drive
North Beach, MD 20714


TD Bank USA, N.A.
2035 Limestone Road
Wilmington, DE 19808


PNC Bank, N.A.
222 Delaware Avenue
Wilmington, DE 19801


PNC Bank Retail Lending
PO Box 3479
Pittsburgh, PA 15230


Capital One, N.A.
1680 Capital One Drive
Mclean, VA 22102


Capital One, N.A.
PO Box 30285
Salt Lake City, UT 84130

Navy Federal Credit Union
PO Box 3500
Merrifield, VA 22119


Comenity Bank
1 Righter Parkway, Suite# 100
Wilmington, DE 19803


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Limecay Inc.
2436 18th Street NW
Washington, D.C. 20009


Office of the Attorney General for the District of
Columbia, Commercial Division, Land
Acquisition and Bankruptcy Section
400 6th Street, NW
Washington, DC  20001


Servicing Solutions, LLC
PO Box 631727
Irving, TX 75063


DC Office of Tax and Revenue
Compliance Administration
Collection Division
1101 4th Street, SW, 6th Floor
Washington, DC  20024


Lisa Waddell Nash
6510 Park Hall Drive
Laurel, MD 20707

Office of the Comptroller of Maryland
Bankruptcy Unit
7 St Paul St., Ste. 230
Baltimore, MD 21202


Office of the Attorney General of Maryland
200 St. Paul Place
Baltimore, MD 21202


Square Financial Services, Inc.
3165 E Millrock Drive, Suite 160
Salt Lake City, 84121


The Jerk Pit
9078 Baltimore Avenue
College Park, MD 20740


Pepco Holdings
PO Box 97274
Washington, DC 20090


Porsche Silver Spring
3141 Automobile Boulevard
Silver Spring, MD 20904


Porsche Financial
1 Porsche Drive
Atlanta, GA 30354


Milbank LLP
Attn: Lisa Laukitis and Benjamin Schak
55 Hudson Yards
New York, NY 10001

Phieford Nash
6510 Park Hall Drive
Laurel, MD 20707


John Gordon Colan Jr.
1754 Corcoran Street NW, Apt. 56r
Washington, DC 20009


2436 18th Street Associates LLP
Gregory J. Carrol, Hijari & Carrol PA, Attn:
Gregory Carrol
3231 Superior Lane, Suite A26
Bowie, MD 29715


Citibank, N.A.
5800 S Corporate Place
Sioux Falls, SD 57108


Daria Land Group LLC
c/o Ralph J. Dipietro
1350 McCormick Road, EPII, Suite 601
Hunt Valley, MD 21031


Pepco Holdings
PO Box 97274
Washington DC 20090


Office of the Attorney General of Maryland
110 Carroll Street
Annapolis, MD 21411


Acme Paper and Supply Co., Inc.
8229 Sandy Court
Savage, MD 20763

U.S. Attorney's Office
Civil Division
Judiciary Ct. Building
555 4th Street, NW
Washington, DC 20530


PNC Bank, N.A.
PO Box 609
Pittsburgh, PA 15230-9738



TD Bank, N.A.
Attn: Officer Authorized to Receive Process
2035 Limestone Road
Wilmington, DE 19808



TD Bank, N.A.
2035 Limestone Road
Wilmington, DE 19808



PHH Mortgage Corp.
c/o Aldridge Pite, LLP, Attn: Brian K. Jordan
3333 Camino del Rio So., Ste. 225
San Diego, CA 92108



Porsche Leasing Ltd.
c/o Tydings & Rosenberg LLP, Attn: Joseph
Selba
One E. Pratt St., Ste. 901
Baltimore, MD 21202


Servicing Solutions, LLC
PO Box 530075
Atlanta, GA 30354



Lascelles A. Bissiney
[address redacted]

Martin G. Gomez
[address redacted]

DAndre R. Hawkins
[address redacted]

Lorna R. Hoilett
[address redacted]

Jhoan Q. Morales
[address redacted]

Ranford Murphy
[address redacted]

Maliek Myrick
[address redacted]

Natasha Henry-Price
[address redacted]

Bridgette A. Reckford
[address redacted]

1.
Staceyann Y. Treasure
[address redacted]

2.
Arlene Palmer
[address redacted]

3.
Shaniece Wilson
[address redacted]

4.
Judion Clark
[address redacted]

5.
Tovia Barrett
[address redacted]

6.
Andekca Graham
[address redacted]

7.
Raymond Simms
[address redacted]

8.
Oneil Bogle
[address redacted]

**UNANIMOUS WRITTEN CONSENT AND RESOLUTIONS
OF THE BOARDS OF DIRECTORS, BOARDS OF MANAGERS AND MEMBERS**

**May 27, 2025**

The undersigned, being the sole Director and Managing Member (each a "Governing Body"), as applicable, of The Jerk Pit, LLC (the "Company"), acting pursuant to the applicable organizational documents of each Company, hereby adopts the following resolutions (these "Resolutions").

**WHEREAS**, the Governing Body of the Company, along with their legal and financial advisors, has considered the liquidity, financial and operational condition, including capital resources, and sources and uses of cash, of the Company and its subsidiaries and affiliates and its current lending arrangements in respect to meeting the Company's short-term liquidity needs;

**WHEREAS**, the Governing Body of the Company has reviewed the historical performance and results of such Company, the market in which such Company operates, its current, short-term and long-term future liquidity needs, its business prospects and its current and long-term liabilities;

**WHEREAS**, the Governing Body of the Company has reviewed the materials presented by the Company's advisors and has engaged in extensive discussions (including with its management and such advisors) regarding, and have had the opportunity to fully consider, the Company's financial condition, including its capital resources and uses of cash, liabilities and liquidity position, the strategic alternatives available to it, the impact of the foregoing on the Company's business and operations and the advisability of entering into restructuring arrangements;

**WHEREAS**, the Company has considered the importance of retaining outside legal, operative and financial advisors and any other professionals required to assist during the restructuring process; and

**WHEREAS**, the Governing Body of the Company has determined that taking the actions set forth below are advisable and in the best interests of the Company to preserve and protect its ordinary course of business and therefore desires to approve the following resolutions:

**<u>Approval of Chapter 11 Case</u>**

**BE IT RESOLVED** that the Governing Body of the Company has determined that it is desirable and in the best interests of the Company and its respective creditors and other parties-in-interest that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") commencing the Chapter 11 Case (as defined below) in the United States Bankruptcy Court for the District of Columbia;

**BE IT FURTHER RESOLVED** that Lisa Nash on behalf of the Company is authorized, empowered and directed to execute and file, or cause to be filed, with the bankruptcy court, for the Company, all petitions, schedules, lists, motions, applications, pleadings, plans of

#4918-5342-8803v1

reorganization or liquidation, and any other necessary papers or documents, including any amendments thereto, and to take any and all action and perform any and all further deeds that they deem necessary or proper to obtain chapter 11 bankruptcy relief or in connection with the chapter 11 case of the Company (the "Chapter 11 Case"), with a view to the successful prosecution of the Chapter 11 Case, including the negotiation of such additional agreements, modifications, supplements, reports, documents, instruments, applications, notes, or certificates that may be required and/or the payment of all fees, consent payments, taxes, and other expenses as Ms. Nash in her sole discretion, may approve or deem necessary, appropriate, or desirable in order to carry out the intent and accomplish the purposes of the resolutions herein and the transactions contemplated thereby;

## Approval of the Retention of Advisors

**BE IT FURTHER RESOLVED** that Lisa Nash be, and hereby is, authorized, empowered and directed to employ the law firms of Milbank LLP and Sinoberg Raft as bankruptcy counsel to represent and advise the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance its rights and obligations, including filing any pleadings in connection with the Chapter 11 Case and with any post-petition financing; and in connection therewith, Lisa Nash is hereby authorized, empowered and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be executed and filed an appropriate application with the bankruptcy court for authority to retain the services of Milbank LLP and Sinoberg Raft;

**BE IT FURTHER RESOLVED** that Lisa Nash be, and hereby is, authorized, empowered and directed to employ any other professionals, including attorneys, accountants, tax advisors and notice and claims agents, necessary to assist the Company in carrying out such Company's duties under the Bankruptcy Code; and in connection therewith, Lisa Nash is hereby authorized, empowered and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 Case, and cause to be executed and filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary;

## Other Authorization and Ratification

**BE IT FURTHER RESOLVED** that Lisa Nash be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to prosecute the Chapter 11 Case in a manner that in her business judgment is likely to maximize the recovery for stakeholders in the Company and minimize the obligations incurred by such Company, including by obtaining financing;

**BE IT FURTHER RESOLVED** that Lisa Nash be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such person shall be or become necessary, proper and desirable to prosecute to a successful completion the Chapter 11 Case, including, but not limited to, implementing the foregoing Resolutions and the transactions contemplated by these Resolutions;

**BE IT FURTHER RESOLVED** that Lisa Nash be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing Resolutions;

**BE IT FURTHER RESOLVED** that all acts, actions and transactions relating to the matters contemplated by the foregoing Resolutions done in the name and on behalf of the Company, which acts would have been approved by the foregoing Resolutions except that such acts were taken before these Resolutions were certified, are hereby in all respects approved and ratified.

IN WITNESS WHEREOF, the undersigned has executed this consent as of the date first written above.

_____

**Lisa W. Nash** a/k/a Lisa Rose, as sole director of The Jerk Pit, LLC

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

*In re*

**LISA NASH** d/b/a The Jerk Pit *et al.*,[1]

Debtors.

Case No. 25-00097 (ELG)

Chapter 11

(Joint Administration Requested)

# CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), The Jerk Pit, LLC respectfully represents that it is wholly owned by affiliated debtor Lisa Waddell Nash.

---

[1]   The Debtors in these chapter 11 cases (the "***Chapter 11 Cases***"), along with the federal tax identification number and address of each one, are Lisa Nash (xxx-xx-2750, at 6510 Park Hall Drive, Laurel, MD 20707), and The Jerk Pit, LLC (56-2486016, at 9078 Baltimore Ave., College Park, MD 20740).

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| *In re*<br><br>**LISA NASH** d/b/a The Jerk Pit *et al.*,[1]<br><br>Debtors. | Case No. 25-00097 (ELG)<br><br>Chapter 11<br><br>(Joint Administration Requested) |

## LIST OF EQUITY HOLDERS

1.  Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following table identifies all holders having an equity ownership interest in The Jerk Pit, LLC:

| Debtor | Equity Holder | Last Known Address | Percentage of Equity Held |
|---|---|---|---|
| The Jerk Pit, LLC | Lisa Waddell Nash | 6510 Park Hall Drive Laurel, MD 20707 | 100% |

---

[1]     The Debtors in these chapter 11 cases (the "***Chapter 11 Cases***"), along with the federal tax identification number and address of each one, are Lisa Nash (xxx-xx-2750, at 6510 Park Hall Drive, Laurel, MD 20707), and The Jerk Pit, LLC (56-2486016, at 9078 Baltimore Ave., College Park, MD 20740).

#4897-8621-3186v1

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name   The Jerk Pit, LLC

United States Bankruptcy Court for the: _____ District of   Columbia
                                                      (State)

Case number (If known):   _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑   Other document that requires a declaration   List of Equity Holders; Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/27/2025      ✗ _____
        MM / DD / YYYY               Signature of individual signing on behalf of debtor

                                 Lisa Waddell Nash
                                 Printed name

                                 President
                                 Position or relationship to debtor