**Fill in this information to identify the case:**

Debtor name _The Jerk Pit, LLC_

United States Bankruptcy Court for the:_____ District of _Columbia_
(State)

Case number (If known): _25-00201_

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** — $ 100.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. See Attachment 1 | | | $ 3,088.57 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | $ |
| --- | --- |
| 4.2. | $ |

5. **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $ 3,188.57

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. Deposit with landlord, Daria Land Group, LLC | $ 6,000.00 |
| --- | --- |
| 7.2. | $ |

| Debtor | The Jerk Pit, LLC | | Case number *(if known)* 25-00201 |
|---|---|---|---|
| | Name | | |

---

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____   $ _____

8.2. _____   $ _____

**9.  Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ 6,000.00

---

| **Part 3:** | **Accounts receivable** |
|---|---|

**10.  Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11.  Accounts receivable**

11a. 90 days old or less:   ~$187,103.28 _____  –  0 _____  = ........➡   $ 187,103.28
                         face amount          doubtful or uncollectible accounts

11b. Over 90 days old:   _____  –  _____  = ........➡   $ _____
                        face amount          doubtful or uncollectible accounts

**12.  Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 187,103.28

---

| **Part 4:** | **Investments** |
|---|---|

**13.  Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $ _____

14.2. _____   _____   $ _____

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

15.1. _____   _____%   _____   $ _____

15.2. _____   _____%   _____   $ _____

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $ _____

16.2. _____   _____   $ _____

**17.  Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ _____

---

Debtor _____ Case number _(if known)_ _____
    The Jerk Pit, LLC                 25-00201
   Name

| **Part 5:** | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> Food | MM / DD / YYYY | $_____ | estimated cost of goods | 5,000 |
| 20. **Work in progress** | MM / DD / YYYY | $_____ | | $_____ |
| 21. **Finished goods, including goods held for resale** <br> Liquor | 06/17/2025 <br> MM / DD / YYYY | $_____ | estimated cost of goods | 3,000 |
| 22. **Other inventory or supplies** <br> Paper goods | MM / DD / YYYY | $_____ | estimated cost of goods | 1,500 |

23. **Total of Part 5** <br> Add lines 19 through 22. Copy the total to line 84.
    $ 9,500

24. **Is any of the property listed in Part 5 perishable?** <br> ☐ No <br> ☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?** <br> ☐ No <br> ☑ Yes. Book value _____ Valuation method 100% of food + paper, 50% of liquor Current value 8,000

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?** <br> ☑ No <br> ☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** _Examples_: Livestock, poultry, farm-raised fish | $_____ | | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | | $_____ |

| Debtor | The Jerk Pit, LLC | Case number *(if known)* 25-00201 |
|---|---|---|
| | Name | |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Tables and chairs | $_____ | Estimated value | $ 500.00 |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Laptop and POS systems | $_____ | Estimated value | $ 8,500.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 9,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    The Jerk Pit, LLC
_____
Name

Case number *(if known)*   25-00201

---

**Part 8:**  **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.

☑  Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1  Automobile - GMC Denali | $_____ | Estimated value | $ 200.00 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | | $_____ |
| 48.2 _____ | $_____ | | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Restaurant equipment | $_____ | Estimated value | $ 12,000 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 12,200

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑  No

☐  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑  No

☐  Yes

---

Debtor    The Jerk Pit, LLC
   Name

Case number *(if known)* 25-00201

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

  ☐ No. Go to Part 10.

  ■ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 9078 Baltimore Ave, College Park, MD | Occupant | $_____ | Operating lease | $ 0 |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

  Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

                                                                      $ 0

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

  ■ No

  ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

  ■ No

  ☐ Yes

---

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

  ☐ No. Go to Part 11.

  ■ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Common law trademark protection for "Jerk Pit" | $_____ | speculative value | $ 0 |
| 61. **Internet domain names and websites**<br>myjerkpit.com and Facebook, Instagram, Tiktok and X accounts | $_____ | speculative value | $ 0 |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | | $_____ |

66. **Total of Part 10.**

  Add lines 60 through 65. Copy the total to line 89.

                                                                      $ 0

Debtor    The Jerk Pit, LLC
_____    Case number (if known) 25-00201
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in ==11 U.S.C. §§ 101(41A)== and ==107==)?

☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____  = ➜   $_____
                                     Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____
Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____
Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor    The Jerk Pit, LLC
_____
Name

Case number *(if known)*    25-00201

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 3,188.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 6,000 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 187,103.28 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 9,500 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 9000 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 12200 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 226,991.85 | + 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................... $ 226,991.85

**Schedule A/B – Attachment 1**

| Bank | Account # | Balance |
|---|---|---|
| Capital One | Checking #0127 | $2,141.19 |
| PNC Bank | Checking #4169 | $51.84 |
| PNC Bank | Checking #7552 | $2,274.74 |
| PNC Bank | Money Market #6595 | ($1,379.20) |
| *Total* | | *$3,088.57* |

**Fill in this information to identify the case:**

Debtor name ___The Jerk Pit, LLC___

United States Bankruptcy Court for the: _____ District of ___Columbia___
                                                                    (State)

Case number (if known): ___25-00201___

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| --- | --- | --- | --- |
| Small Business Administration | All personal property | $ 500,000 | $ unliquidated |

**Creditor's mailing address**
409 3rd Street, SW
Washington, DC 20018

**Describe the lien**
Grant of lien under Loan Authorization and Agreement

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Creditor's email address, if known**
covideidlservicing@sba.gov

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** 2/19/2022

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
■ Yes. Specify each creditor, including this creditor, and its relative priority.
   First - SBA; Second - WACIF to the extent secured; Third - other lenders to the extent secured

**2.2**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| --- | --- | --- | --- |
| Capitalize Group LLC | various personal property | $ unliquidated | $ 0 |

**Creditor's mailing address**
99 Wall Street
New York, NY 10005

**Describe the lien**
Grant of lien under Standard Merchant Cash Advance Agreement

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Creditor's email address, if known**
charles@capitalizegroup.com

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** 10/8/2024

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ■ Yes. The relative priority of creditors is specified on lines  1

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**       $ unliquidated

Debtor  The Jerk Pit, LLC
        Name                                                              Case number *(if known)* 25-00201

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| **2.3** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|

Celtic Bank

Receivables and other personal property

$ unliquidated        $ 0

**Creditor's mailing address**

268 South State Street, Suite 300

Salt Lake City, UT 84111

**Describe the lien**

Grant of lien under loan agreement

**Creditor's email address, if known**

help@celticbank.com

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   6/5/2024

**Last 4 digits of account number**   ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____
    _____

    ☑ Yes. The relative priority of creditors is specified on lines ___1

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

| **2.4** | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|---|

First Data Merchant Services LLC

Payment Card receivables

$ unliquidated        $ 0

**Creditor's mailing address**

3975 N.W. 120th Avenue

Coral Springs, FL 33065

**Describe the lien**

Grant of lien under Clover Capital Agreement

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   7/23/2024

**Last 4 digits of account number**   ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____
    _____

    ☑ Yes. The relative priority of creditors is specified on lines ___1

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

| Debtor | The Jerk Pit, LLC | Case number (if known) 25-00201 |
|--------|-------------------|---------------------------------|
| | Name | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5**

**Creditor's name**

Fox Funding Group LLC

**Creditor's mailing address**

803 S 21st Avenue
Hollywood, FL 33020

**Creditor's email address, if known**

**Date debt was incurred**  7/23/2024

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

        _____
        _____
        _____

    ■ Yes. The relative priority of creditors is specified on lines _1_

**Describe debtor's property that is subject to a lien**

Accounts and proceeds

$ unliquidated    $ 0

**Describe the lien**
Grant of lien under Future Receivables Sale and Purchase Agreement

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6**

**Creditor's name**

Parafin Inc.

**Creditor's mailing address**

301 Howard Street, Suite 1500
San Francisco, CA 94105

**Creditor's email address, if known**

legal@parafin.com

**Date debt was incurred**  8/13/2024

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

        _____
        _____
        _____

    ■ Yes. The relative priority of creditors is specified on lines _1_

**Describe debtor's property that is subject to a lien**

Future receivables and proceeds

$ unliquidated    $ 0

**Describe the lien**
Grant of lien under Merchant Capital Advance Agreement

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor _____    _____
          Name                                                            Case number (if known)

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__** Creditor's name

Describe debtor's property that is subject to a lien

_____    $_____    $_____

Creditor's mailing address

_____

_____

Describe the lien

_____

Creditor's email address, if known

Is the creditor an insider or related party?

_____
☑ No
☐ Yes

Date debt was incurred    _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**2.__** Creditor's name

Describe debtor's property that is subject to a lien

_____    $_____    $_____

Creditor's mailing address

_____

_____

Describe the lien

_____

Creditor's email address, if known

Is the creditor an insider or related party?

_____
☑ No
☐ Yes

Date debt was incurred    _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Debtor _____    Case number *(if known)*_____
      Name

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____<br>_____<br>_____ | Line 2. ___ | ___ ___ ___ ___ |
| _____<br>_____<br>_____ | Line 2. ___ | ___ ___ ___ ___ |
| _____<br>_____<br>_____ | Line 2. ___ | ___ ___ ___ ___ |
| _____<br>_____<br>_____ | Line 2. ___ | ___ ___ ___ ___ |
| _____<br>_____<br>_____ | Line 2. ___ | ___ ___ ___ ___ |
| _____<br>_____<br>_____ | Line 2. ___ | ___ ___ ___ ___ |
| _____<br>_____<br>_____ | Line 2. ___ | ___ ___ ___ ___ |
| _____<br>_____<br>_____ | Line 2. ___ | ___ ___ ___ ___ |
| _____<br>_____<br>_____ | Line 2. ___ | ___ ___ ___ ___ |
| _____<br>_____<br>_____ | Line 2. ___ | ___ ___ ___ ___ |
| _____<br>_____<br>_____ | Line 2. ___ | ___ ___ ___ ___ |
| _____<br>_____<br>_____ | Line 2. ___ | ___ ___ ___ ___ |
| _____<br>_____<br>_____ | Line 2. ___ | ___ ___ ___ ___ |

☐ Check if this is an
amended filing

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | The Jerk Pit, LLC |
| United States Bankruptcy Court for the: | _____ District of Columbia |
| | (State) |
| Case number (if known) | 25-00201 |

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>See attachment<br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | As of the petition filing date, the claim is: <br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | $_____ | $_____ |
| **2.2** | Priority creditor's name and mailing address<br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | As of the petition filing date, the claim is: <br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | $_____ | $_____ |
| **2.3** | Priority creditor's name and mailing address<br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | As of the petition filing date, the claim is: <br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | $_____ | $_____ |

Debtor _____    Case number *(if known)* _____
        Name    The Jerk Pit, LLC                                              25-00201

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
    unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

See attachment

_____

_____

| **As of the petition filing date, the claim is:** | $ _____ |
| *Check all that apply.* | |

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**        $ _____
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**        $ _____
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**        $ _____
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**        $ _____
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**        $ _____
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor ___The Jerk Pit, LLC_____     Case number _(if known)_ 25-00201_____
         Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. _____ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. _____ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. _____ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. _____ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. _____ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. _____ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. _____ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. _____ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. _____ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. _____ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. _____ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. _____ | Line _____  ☐ Not listed. Explain _____ | __ __ __ __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 103,180.15 |
| 5b. **Total claims from Part 2** | 5b. + | $ 297,269.90 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 400,450.05 |

Schedule E Attachment

| Priority Creditors: | Name | Mailing Address | Date Debt Was Incurred | Last 4 Digits of Account Number | Specific Code Subsection of PRIORITY Unsecured Claim | Cont. | Unliq. | Disp. | Total Claim $ | Priority Amount $ | Basis for the Claim | Claim Subject to Offset |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Bowie Produce Co. Inc. | 2020 Beaver Road, Cheverly, MD 20785 | Various | | 11 U.S.C. § 507(a)(2) | | | | $ 604.00 | Unknown | Goods Delivered | No |
| 2 | Southern Glazer's Wine and Spirits | 1600 NW 163rd Street, Miami, FL 33169 | Various | 9812 | 11 U.S.C. § 507(a)(2) | | | | $ 661.63 | $ 661.63 | Goods Delivered | No |
| 3 | Sweet n Spicy Foods | 2617 Windsor Ave., Baltimore, MD 21216 | Various | | 11 U.S.C. § 507(a)(2) | | | | $ 6,829.25 | $ 6,829.25 | Goods Delivered | No |
| 4 | Andekca Graham | [individual addresses redacted - on file with JerkPit@Milbank.com] | Various | | 11 U.S.C. § 507(a)(4) | | | | $ 600.00 | $ 600.00 | Wages | No |
| 5 | Bridgette Reckford | [individual addresses redacted - on file with JerkPit@Milbank.com] | Various | | 11 U.S.C. § 507(a)(4) | | | | $ 600.00 | $ 600.00 | Wages | No |
| 6 | Judion Clarke | [individual addresses redacted - on file with JerkPit@Milbank.com] | Various | | 11 U.S.C. § 507(a)(4) | | | | $ 600.00 | $ 600.00 | Wages | No |
| 7 | Lascelles Bissiney | [individual addresses redacted - on file with JerkPit@Milbank.com] | Various | | 11 U.S.C. § 507(a)(4) | | | | $ 4,800.00 | $ 4,800.00 | Wages | No |
| 8 | Lisa Nash | 6510 Park Hall Drive, Laurel, MD 20707 | Various | | 11 U.S.C. § 507(a)(4) | | | | $ 8,000.00 | $ 8,000.00 | Wages | No |
| 9 | Lorna Hoilett | [individual addresses redacted - on file with JerkPit@Milbank.com] | Various | | 11 U.S.C. § 507(a)(4) | | | | $ 1,920.00 | $ 1,920.00 | Wages | No |
| 10 | Martin Gomez | [individual addresses redacted - on file with JerkPit@Milbank.com] | Various | | 11 U.S.C. § 507(a)(4) | | | | $ 1,000.00 | $ 1,000.00 | Wages | No |
| 11 | Natasha Henry-Price | [individual addresses redacted - on file with JerkPit@Milbank.com] | Various | | 11 U.S.C. § 507(a)(4) | | | | $ 729.00 | $ 729.00 | Wages | No |
| 12 | Oneil Bogle | [individual addresses redacted - on file with JerkPit@Milbank.com] | Various | | 11 U.S.C. § 507(a)(4) | | | | $ 600.00 | $ 600.00 | Wages | No |
| 13 | Phieford Nash | 6510 Park Hall Drive, Laurel, MD 20707 | Various | | 11 U.S.C. § 507(a)(4) | | | | $ 4,800.00 | $ 4,800.00 | Wages | No |
| 14 | Ranford Murphy | [individual addresses redacted - on file with JerkPit@Milbank.com] | Various | | 11 U.S.C. § 507(a)(4) | | | | $ 800.00 | $ 800.00 | Wages | No |
| 15 | Raymond Simms | [individual addresses redacted - on file with JerkPit@Milbank.com] | Various | | 11 U.S.C. § 507(a)(4) | | | | $ 1,280.00 | $ 1,280.00 | Wages | No |
| 16 | Shaniece Wilson | [individual addresses redacted - on file with JerkPit@Milbank.com] | Various | | 11 U.S.C. § 507(a)(4) | | | | $ 600.00 | $ 600.00 | Wages | No |
| 17 | Staceyann Treasure | [individual addresses redacted - on file with JerkPit@Milbank.com] | Various | | 11 U.S.C. § 507(a)(4) | | | | $ 7,400.00 | $ 7,400.00 | Wages | No |
| 18 | Tovia Barrett | [individual addresses redacted - on file with JerkPit@Milbank.com] | Various | | 11 U.S.C. § 507(a)(4) | | | | $ 600.00 | $ 600.00 | Wages | No |
| 19 | Comptroller of Maryland Revenue Administration Division | PO Box 549, Annapolis, MD 21411 | Various | | 11 U.S.C. § 507(a)(8) | | | | $ 40,926.13 | $ 40,926.13 | Sales Tax | No |
| 20 | Comptroller of Maryland Revenue Administration Division | PO Box 549, Annapolis, MD 21411 | Various | | 11 U.S.C. § 507(a)(8) | | Yes | | Unliquidated | Unliquidated | Payroll Tax | No |
| 21 | Internal Revenue Service | PO Box 7346, Philadelphia, PA 19101 | Various | | 11 U.S.C. § 507(a)(8) | | Yes | | Unliquidated | Unliquidated | Unemployment and Income Tax | No |
| 22 | Internal Revenue Service | PO Box 7346, Philadelphia, PA 19101 | Various | | 11 U.S.C. § 507(a)(8) | | | | $ 20,434.14 | $ 20,434.14 | Payroll Tax | No |

$ 103,180.15

Schedule F Attachment

| Nonpriority Creditors: | Name | Mailing Address | Date Debt Was Incurred | Last 4 Digits of Account Number | Cont. | Unliq. | Disp. | Amount of Claim $ | Basis for the Claim | Subject to Offset |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Acme Paper and Supply Co., Inc. | 8229 Sandy Ct, Savage, MD 20763 | Various | 5375 | | | | $33,213.92 | Goods delivered | No |
| 2 | A&R Tax Service | 25339 148th Ave, Rosedale, NY 11422 | Various | | | Yes | | unliquidated | Accounting Services | No |
| 3 | Atlantic Foodservice Equipment, LLC | 10330 Southard Drive, Beltsville, MD 20705 | 1/16/2025 | | | | | $658.44 | Goods delivered | No |
| 4 | Brixmor Property Group | 100 Park Avenue, Ste 600N, New York, NY 10017 | Various | | | Yes | | unliquidated | Former Restaurant Lease | No |
| 5 | Capital One, N.A. | PO Box 30285, Salt Lake City, UT 84130 | Various | 8467 | | | | $10,185.07 | Credit Card | Yes |
| 6 | Capitalize Group LLC | 99 Wall Street, New York, NY 10005 | 10/8/2024 | | Yes | Yes | Yes | unliquidated | Merchant Cash Advance | No |
| 7 | Castle Green Lawn Maintenance | 3121 Pyles Drive, Upper Marlboro, MD 20774 | Various | 4967 | | | | $960.00 | Landscaping Services | No |
| 8 | Celtic Bank | 268 South State Street, Suite 300, Salt Lake City, UT 84111 | 6/5/2024 | | | Yes | | unliquidated | Receivables Financing Loan | No |
| 9 | Daria Land Group LLC | PO Box 131, Spencerville, MD 20868 | Various | | Yes | | Yes | $85,000.00 | Restaurant Lease | No |
| 10 | DNP Services | 7227 Blair Road N.W., Washington, DC 20012 | Various | | | | | $30,132.57 | Security Services | No |
| 11 | First Data Merchant Services | 3975 N.W. 120th Avenue, Coral Springs, FL 33065 | 7/23/2024 | | Yes | Yes | Yes | unliquidated | Merchant Cash Advance | No |
| 12 | Fox Funding Group LLC | 803 S 21st Avenue, Hollywood, FL 33020 | 9/23/204 | | Yes | Yes | Yes | unliquidated | Merchant Cash Advance | No |
| 13 | Goldman Sachs Bank U.S.A. | c/o The Home Depot Loan Program PO Box 2730, Alpharetta, GA, 30023 | Various | 2071 | | | | $1,152.72 | Credit Card | No |
| 14 | Its Time Graphics | 5399 Summerswood Ct., Frederick, MD 21702 | Various | | | | | $2,224.04 | Design and Printing Services | No |
| 15 | Jamaica Direct Distributing Co. LLC | 6031 Basingstoke Ct., Centreville, VA 20120-3116 | Various | | | | | $1,779.00 | Goods delivered | No |
| 16 | Joseph Wilson III | 902 Woodmort Ct, Mitchellville, MD 20721 | Various | | | Yes | | unliquidated | Tax Accounting Services | No |
| 17 | King Fix It | 8801 Christina Lane Unit B, Clinton, MD 20735 | 5/2/2025 | | | | | $1,987.50 | HVAC Services | No |
| 18 | Mechanical Trade Services, Inc. | 2655 Kerr Acres Pl. Waldorf, MD 20603 | 5/16/2025 | | | | | $1,229.39 | Electrician Services | No |
| 19 | Parafin Inc. | 301 Howard Street, Suite 1500, San Francisco, CA 94105 | 8/13/2024 | | Yes | Yes | Yes | unliquidated | Merchant Cash Advance | No |
| 20 | Paychex, Inc. | 911 Panorama Trail So, Rochester, NY 14625 | Various | 8567 | | | | $28.00 | Payroll Services | No |
| 21 | Pepco Holdings | PO Box 13608, Philadelphia, PA 19101 | Various | 6644 | | | | $11,150.20 | Utility: Electric | No |
| 22 | PNC Bank Retail Lending | PO Box 3479, Pittsburgh, PA 15230 | Various | 6297 and 8731 | | | | $10,955.30 | Credit Card | Yes |
| 23 | Porsche Leasing Ltd. | 1 Porsche Dr, Atlanta, GA 30354 | 3/16/2024 | | | | | $5,693.83 | Car Lease | No |
| 24 | Ram Supply Company | 1325 Western Ave., Ste. A, Baltimore, MD 21230 | Various | | | | | $1,354.76 | Goods delivered | No |
| 25 | Small Business Administration | 409 3rd Street SW, Washington, DC 20416 | 2/19/2022 | 9105 | | | | unliquidated | Business loan | No |
| 26 | Servicing Solutions, Inc. | PO Box 631727, Irving, TX 75063 | Various | 2804 | | | | $13,359.26 | Credit Card | No |
| 27 | Sherlock Security | PO Box 5863, Hyattsville, MD 20782 | Various | 1571 | | | | $2,115.65 | Security Services | No |
| 28 | Spectrum Foods | 3388 Pennsy Dr, Landover, MD 20785 | Various | 0397 | | | | $17,245.00 | Goods Delivered | No |
| 29 | Square Financial Services | 3165 Millrock Drive, Suite 160, Salt Lake City, UT 84121 | 12/27/2024 | | | Yes | | unliquidated | Receivables Financing Loan | No |
| 30 | Sysco Business Services | 1390 Enclave Parkway, Houston, TX 77077 | Various | 5-012 | | | | $3,057.01 | Goods delivered | No |
| 31 | T Mobile | PO Box 37380, Albuquerque, NM 87176-7380 | | 3947 | | | | $1,166.54 | Utility: Cell phone | No |
| 32 | The Hartford Business Insurance | 200 Colonial Pkwy. Suite 500, Lake Mary, FL 32746 | 5/7/2025 | 4006 | | | | $5,975.00 | Business Insurance | No |
| 33 | Toast Inc. | 333 Summer St, Boston, MA 02210 | Various | 2924 | | | | $400.00 | Payment Services | No |
| 34 | Verizon | 500 Technology Dr Suite 550, Weldon Spring, MD 63304 | Various | 01-72 | | | | $2,465.00 | Utility: Phone/Cable | No |
| 35 | Washington Area Community Investment Fund | 2012 Rhode Island Avenue NE, Washington, DC 20018 | 7/24/2024 | 24-SBA-11 | | | | $35,965.11 | Business Loan | No |
| 36 | Washington Gas | 6801 Industrial Rd, Springfield, VA 22151 | Various | 7510 | | | | $6,713.93 | Utility: Gas | No |
| 37 | Waste Management of Maryland, Inc. | PO Box 3020, Monroe, WI 53566 | Various | 3003 | | | | $3,968.79 | Utility: Waste Disposal | No |
| 38 | WSSC Water | 14501 Sweitzer Ln, Laurel, MD 20707 | Various | 0000 | | | | $6,933.84 | Utility: Water | No |

$297,269.90

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | The Jerk Pit, LLC |
| United States Bankruptcy Court for the: | District of __Columbia__ (State) |
| Case number (If known): 25-00201 | Chapter __11__ |

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest: Occupant under commercial lease between Daria Land Group and Lisa Waddell Nash | Daria Land Group LLC
PO Box 131
Spencerville, MD 20868 |
| | State the term remaining: 5/31/25 | |
| | List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest: Vehicle lease | Porsche Leasing Ltd.
1 Porsche Drive
Atlanta, GA 30354 |
| | State the term remaining: 5/16/27 | |
| | List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest: General liability and other business insurance | The Hartford Business Insurance
200 Colonial Pkwy, Ste 500
Lake Mary, FL 32746 |
| | State the term remaining: 8/25/25 | |
| | List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest: Workers compensation insurance | Sequoia Insurance Company
800 Superior Ave, 21st Fl
Cleveland, OH 44114 |
| | State the term remaining: 2/05/26 | |
| | List the contract number of any government contract | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest: Payroll processing | Paychex Inc.
911 Panorama Trail So
Rochester, NY 14625 |
| | State the term remaining: indefinite | |
| | List the contract number of any government contract | |

| Debtor | The Jerk Pit, LLC | Case number (if known) | 25-00201 |
|---|---|---|---|
| | Name | | |

## ■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**

| State what the contract or lease is for and the nature of the debtor's interest | 401(k) administration | Paychex Securities Corp. |
|---|---|---|
| | | 911 Panorama Trail So |
| | | Rochester, NY 14623 |
| State the term remaining | indefinite | |
| List the contract number of any government contract | | |

**2.7**

| State what the contract or lease is for and the nature of the debtor's interest | Online order processing | DoorDash Inc. |
|---|---|---|
| | | 303 2nd Street, Ste 800 |
| | | San Francisco, CA 94107 |
| State the term remaining | indefinite | |
| List the contract number of any government contract | | |

**2.8**

| State what the contract or lease is for and the nature of the debtor's interest | Online order processing | Grubhub Holdings, Inc. |
|---|---|---|
| | | 111 W Washington Street, Ste 2100 |
| | | Chicago, IL 60602 |
| State the term remaining | indefinite | |
| List the contract number of any government contract | | |

**2.9**

| State what the contract or lease is for and the nature of the debtor's interest | Online order processing | Portier, Inc. d/b/a Uber Eats |
|---|---|---|
| | | 1725 3rd Street |
| | | San Francisco, CA 94158 |
| State the term remaining | indefinite | |
| List the contract number of any government contract | | |

**2.10**

| State what the contract or lease is for and the nature of the debtor's interest | Payment processing | Block, Inc. d/b/a Square |
|---|---|---|
| | | 1955 Broadway, Ste 600 |
| | | Oakland, CA 94612 |
| State the term remaining | indefinite | |
| List the contract number of any government contract | | |

**2.11**

| State what the contract or lease is for and the nature of the debtor's interest | Payment processing | Stripe, Inc. |
|---|---|---|
| | | 354 Oyster Point Blvd |
| | | San Francisco, CA 94080 |
| State the term remaining | indefinite | |
| List the contract number of any government contract | | |

**2._**

| State what the contract or lease is for and the nature of the debtor's interest | Payment processing | Toast, Inc. |
|---|---|---|
| | | 333 Summer Street |
| | | Boston, MA 02210 |
| State the term remaining | indefinite | |
| List the contract number of any government contract | | |

| Debtor | The Jerk Pit, LLC | Case number (if known) | 25-00201 |
|---|---|---|---|
| | Name | | |

## ▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.12**
State what the contract or lease is for and the nature of the debtor's interest — Payment processing

State the term remaining — indefinite

List the contract number of any government contract

Clover Network, LLC
415 N Mathilda Ave
Sunnyvale, CA 94085

**2.13**
State what the contract or lease is for and the nature of the debtor's interest — Payment processing

State the term remaining — indefinite

List the contract number of any government contract

Spoton
100 California Street, 9th Floor
San Francisco, CA 94111

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

| Fill in this information to identify the case: |
|---|
| Debtor name __The Jerk Pit, LLC__ |
| United States Bankruptcy Court for the: _____ District of __Columbia__ <br> (State) |
| Case number (If known): __25-00201__ |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | Lisa Waddell Nash | 6510 Park Hall Drive <br> Street <br><br> Laurel            MD            20707 <br> City            State            ZIP Code | Capitalize Group LLC | ☑ D <br> ☑ E/F <br> ☐ G |
| 2.2 | Lisa Waddell Nash | 6510 Park Hall Drive <br> Street <br><br> Laurel            MD            20707 <br> City            State            ZIP Code | Parafin Inc. | ☑ D <br> ☑ E/F <br> ☐ G |
| 2.3 | Lisa Waddell Nash | 6510 Park Hall Drive <br> Street <br><br> Laurel            MD            20707 <br> City            State            ZIP Code | Square Financial Services Inc. | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.4 | Lisa Waddell Nash | 6510 Park Hall Drive <br> Street <br><br> Laurel            MD            20707 <br> City            State            ZIP Code | First Data Merchant Services | ☑ D <br> ☑ E/F <br> ☐ G |
| 2.5 | Lisa Waddell Nash | 6510 Park Hall Drive <br> Street <br><br> Laurel            MD            20707 <br> City            State            ZIP Code | Celtic Bank | ☑ D <br> ☑ E/F <br> ☐ G |
| 2.6 | Lisa Waddell Nash | 6510 Park Hall Drive <br> Street <br><br> Laurel            MD            20707 <br> City            State            ZIP Code | Brixmor Property Group | ☐ D <br> ☑ E/F <br> ☑ G |

| Debtor | The Jerk Pit, LLC | Case number *(if known)* 25-00201 |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name / Mailing address | | Name | Check all schedules that apply: |
| 2.7 | Lisa Waddell Nash | 6510 Park Hall Drive (Street)<br>Laurel MD 20707 (City / State / ZIP Code) | Small Business Administration | ■ D<br>■ E/F<br>☐ G |
| 2.8 | Lisa Waddell Nash | 6510 Park Hall Drive (Street)<br>Laurel MD 20707 (City / State / ZIP Code) | WACIF | ☐ D<br>■ E/F<br>☐ G |
| 2.9 | Lisa Waddell Nash | 6510 Park Hall Drive (Street)<br>Laurel MD 20707 (City / State / ZIP Code) | Porsche Financial | ☐ D<br>■ E/F<br>■ G |
| 2.10 | Lisa Waddell Nash | 6510 Park Hall Drive (Street)<br>Laurel MD 20707 (City / State / ZIP Code) | Fox Funding LLC | ■ D<br>■ E/F<br>☐ G |
| 2.11 | Lisa Waddell Nash | 6510 Park Hall Drive (Street)<br>Laurel MD 20707 (City / State / ZIP Code) | Daria Land Group | ☐ D<br>■ E/F<br>■ G |
| 2.__ | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Debtor _____     Case number *(if known)*_____
           Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.___ _____ | Street _____<br><br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br><br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br><br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br><br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br><br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br><br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br><br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ _____ | Street _____<br><br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___The Jerk Pit, LLC_____

United States Bankruptcy Court for the: _____ District of __Columbia__
(State)

Case number (If known): _____25-00201-ELG_____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

---

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................

   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................

   $ 226,991.85

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................

   $ 226,991.85

---

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..............................................

   $ 500,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................................

   $ 103,180.15

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................................

   + $ 297,269.90

4. **Total liabilities**......................................................................................................................................
   Lines 2 + 3a + 3b

   $ 900,450.05

---

## GLOBAL NOTES TO SCHEDULES AND STATEMENTS

The debtor and debtor in possession (collectively, the "Debtor") in the above-captioned chapter 11 case submit their Schedules of Assets and Liabilities (each, a "Schedule," and collectively, the "Schedules") and Statements of Financial Affairs (each, a "Statement," and collectively, the "Statements") with the United States Bankruptcy Court for the District of Columbia (the "Bankruptcy Court"), under sections 521 of title 11 of the United States Code (the "Bankruptcy Code") and rule 1007 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Columbia.

These Global Notes and Statement of Limitations, and Methodology, Disclaimers, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Debtor's Schedules and Statements, including any and all exhibits and annexes thereto. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements. In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control. All capitalized terms used but not defined in the Schedules and Statements bear the meanings ascribed to them in these Global Notes.

**General Cautions.** The Debtor maintains their financial records in accordance with accounting principles generally accepted in the United States ("GAAP"), but the Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to fully reconcile to the financial statements prepared by the Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review, verification, and potential adjustment and reflects the Debtor's reasonable efforts to report the assets and liabilities on an unconsolidated basis.

The Schedules and Statements are unaudited and subject to adjustment. In preparing the Schedules and Statements, the Debtor relied on financial data derived from its financial records

that were available at the time of such preparation. Although the Debtor has made commercially reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred or the Debtor may discover subsequent information that requires material changes to the Schedules and Statements. There can be no assurance that the Schedules and Statements are complete. Accordingly, the Debtor reserves all rights to supplement and amend the Schedules and Statements as may be necessary or appropriate.

The Debtor and its advisors, professionals, and other representatives do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. For the avoidance of doubt, the Debtor and its advisors, professionals, and other representatives hereby reserve their rights to amend and supplement the Schedules and Statement as may be necessary or appropriate, but expressly do not undertake any obligation to revise the information provided in the Schedules and Statements, or to notify or not notify any third party should the information be revised or modified, except as required by applicable law. In no event shall the Debtor and its advisors, professionals, and other representatives be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including damages arising from the disallowance of a potential claim against the Debtor), whether foreseeable or not and however caused, even if the Debtor and its advisors, professionals, and other representatives are advised of the possibility of such damages.

The Schedules and Statements have been signed by Lisa Nash in her capacity as President of The Jerk Pit, LLC. Ms. Nash is an authorized signatory for the Debtor. In reviewing and signing the Schedules and Statements, Ms. Nash has necessarily relied upon the efforts, statements, and representations of the Debtor's advisors. Ms. Nash has not (and could not have) personally verified

- 2 -

the accuracy of each statement and representation included in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

*The Schedules and Statements and these Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtor.*

The Debtor has made reasonable efforts to characterize, classify, categorize or designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements correctly. Due to the complexity of the Debtor's businesses, however, the Debtor may have improperly characterized, classified, categorized, or designated certain items. In addition, certain items reported in the Schedules and Statements could be included in more than one category. In those instances, one category has been chosen to avoid duplication. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the rights or obligations represented by such item.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1.      **Description of Cases.** On May 28, 2025 (the "Petition Date"), the Debtor commenced its Chapter 11 Case under chapter 11 of the Bankruptcy Code in the Bankruptcy Court. The Debtor continues to operate its business as a debtor and debtor in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. This Chapter 11 Case is being administered under Case No. 25-00201 (ELG).

2.      **Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, but inadvertent errors or omissions may exist. The Debtor reserves all rights to: (i) amend or supplement the Schedules and Statements in all respects as may be necessary and appropriate; (ii) dispute, or assert offsets, setoffs, or defenses to, any claim reflected on the Schedules and Statements as to the amount, liability, priority, status, or classification; (iii) subsequently designate any claim as "disputed," "contingent," and/or

"unliquidated"; or (iv) object to the extent, validity, enforceability, priority or avoidability of any claim regardless of whether such claim is designated in the Schedules and Statements as "disputed," "contingent," and/or "unliquidated." Any failure to designate a claim on any of the Schedules or Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated" or that such claim is not subject to objection. Further, nothing contained in the Schedules and Statements or these Global Notes shall constitute an admission or a waiver of rights with respect to this Chapter 11 Case, including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization, or recharacterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, including, but not limited to, any claims and causes of action arising from acts or omissions of non-debtor related parties. The listing of (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured priority," or (iii) a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or counterparty, or a waiver of the Debtor's rights to recharacterize or reclassify such claim or contract through a Schedule amendment, claim objection or otherwise. Although the Debtor may have scheduled certain claims as secured for informational purposes, no valuation of the Debtor's assets or of any security interests has been undertaken, and the Debtor reserves all rights to dispute or challenge the secured nature or amount of any claims, the characterization of any transaction, and any document or instrument related to any claim.

3.      **Basis of Presentation.** The Debtor historically prepared consolidated financial statements that included its non-debtor affiliate, Lime Cay, Inc. Unlike the consolidated financial statements, the Schedules and Statements generally reflect the assets and liabilities of the Debtor only. Accordingly, the amounts listed in the Schedules and Statements will likely differ, at times materially, from the consolidated financial reports prepared historically. The Schedules and

Statements reflect the best available estimate of assets and liabilities of the Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been estimated in good faith from the Debtor's available data and resources. The fair value and net realizable value of real and personal property may vary materially from the net book value presented herein.

4.      **Reporting Date.**  All asset and liability information, except where otherwise noted, is provided as of the Petition Date. For simplicity of reporting, the Debtor has treated all transactions on the Petition Date as postpetition transactions for purposes of the Schedules and Statements. However, the Debtor reserves its right to ascertain whether each particular Petition Date transaction occurred before or after the filing of the petition.

5.      **Currency.**  All amounts are reflected in U.S. dollars, unless otherwise indicated.

6.      **Estimates and Assumptions.**  The preparation of the Schedules and Statements required the Debtor to make estimates and assumptions that affected the reported amounts of certain assets and liabilities, the disclosure of certain contingent assets and liabilities, and the reported amounts of revenue and expense. Actual results could differ materially from these estimates. The Debtor reserves all rights to amend the reported amounts of assets, liabilities, revenues, and expenses to reflect changes in those estimates or assumptions.

7.      **Claims Description.**  Any failure to designate a claim on the Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." No claim set forth on the Schedules and Statements of the Debtor is intended to acknowledge claims of creditors that are or may be otherwise satisfied or discharged.

8.      **Totals.**  All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined values or, conversely, claims listed as unliquidated, contingent and/ or disputed, the actual totals may be different than the listed totals.

9.      **Undetermined, To Be Determined or Unknown Amounts.**  The description of an amount as "undetermined," "to be determined," or "unknown" is not intended to reflect upon the

materiality of such amount. Certain amounts may be clarified during the course of this Chapter 11
Case.

10.    **Net Book Value of Assets.** The Debtor's assets presented are based on values
consistent with their books and records as of May 28, 2025. As it would be prohibitively expensive
and an inefficient use of estate assets for the Debtor to obtain current economic valuations for all
of their assets, unless otherwise noted, the carrying value on the Debtor's books (e.g., net book
value), rather than current economic values, is reflected on the Schedules and Statements. The net
book values of certain assets may be materially different from their fair market values and/or the
Debtor's enterprise valuation that may be prepared in connection with a disclosure statement and
chapter 11 plan. For the avoidance of doubt, nothing contained in the Schedules and Statements is
indicative of the Debtor's enterprise value. The omission of an asset from the Schedules and
Statements does not constitute a representation regarding the economic value or ownership of such
asset and any such omission does not constitute a waiver of any rights of the Debtor with respect
to such asset.

11.    **Contingent Assets and Causes of Action.** Despite their reasonable efforts to
identify all known assets, the Debtor may not have listed all of its causes of action or potential
causes of action against third parties as assets in their Schedules and Statements, including, but not
limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under
other relevant non-bankruptcy laws to recover assets. The Debtor reserve all of its rights with
respect to any causes of action, avoidance actions, controversy, right of set-off, cross claim,
counterclaim, or recoupment, and any claim in connection with any contract, breach of duty
imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation,
liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind
or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected
or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible
directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort,
in law or in equity, or pursuant to any other theory of law they may have, and neither these Global

- 6 -

Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of

actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

12.    **Guarantees and Other Secondary Liability Claims.** The Debtor has used

reasonable efforts to locate and identify guarantees and other secondary liability claims

(collectively, "Guarantees") in each of its executory contracts, unexpired leases, secured

financings, debt instruments, and other similar agreements. Where such Guarantees have been

identified, they have been included in the relevant Schedules and Statements of the Debtor. Where

a Guarantee exists, co-obligors are listed on a Debtor's Schedule H to the extent the Debtor is

either the primary obligor or the guarantor of the relevant obligation. To the extent that a Debtor

is a guarantor, such Guarantees are also listed on its Schedule D or E/F, as appropriate, and listed

as "contingent" and "unliquidated" unless otherwise specified. Further, it is possible that certain

Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings,

debt instruments and other such agreements may have been inadvertently omitted. Thus, the Debtor

reserves the right to amend the Schedules and Statements to the extent that additional Guarantees

are identified. In addition, the Debtor reserves the right to amend the Schedules and Statements to

recharacterize, reclassify, add, or remove any such contract or claim.

13.    **Executory Contracts.** In certain instances, the Debtor may have inadvertently

failed to list an executory contract or unexpired lease on Schedule G.  The Debtor specifically

disclaims any representation or warranty as to the completeness or accuracy of the information in

Schedule G. Moreover, certain contracts may be reflected twice in a Debtor's Schedules – once in

a Debtor's Schedule G as an executory contract and again in its Schedule D or F, as appropriate,

as a claim on account of the Debtor's corresponding obligations under the lease or contract.

Nothing herein or in the Schedules or Statements shall be construed as a concession, admission or

evidence as to the determination of the legal status of any leases identified in the Schedules or

Statements, including whether such contracts: (i) constitute executory contracts within the

meaning of section 365 of the Bankruptcy Code or other applicable law; or (ii) have not expired

or been terminated or otherwise are not current in full force and effect. Accordingly, the Debtor

- 7 -

reserves all of its rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to amend or supplement the Schedules and Statements, as necessary.

14.     **Intercompany Transactions.** Prior to the Petition Date, in the ordinary course of business, the Debtor engaged in intercompany transactions among the Debtor and non-Debtor affiliates (the "Intercompany Transactions"), which resulted in intercompany receivables and payables (the "Intercompany Claims"). Known and assumed prepetition receivables and payables among and between the Debtor and non-Debtor affiliates are reported on Schedule A/B, and Schedule E/F, respectively, per the Debtor's books and records. The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise.

15.     **Liabilities.** Unless otherwise indicated, liabilities on the Debtor's Schedules and Statements reflect net book values as of the Petition Date, adjusted for certain authorized payments made under the First Day Orders (as defined below). Some of the scheduled liabilities (particularly merchant cash advance loans) are unknown, contingent, or unliquidated at this time. In such cases, the amounts are listed as "unliquidated." Further, liabilities such as certain deferred liabilities, accruals, or general reserves are not included as they are general estimates and do not represent specific claims as of the Petition Date for the Debtor. Accordingly, the total amounts listed for some categories of liabilities in the Schedules and the Statements may not be equal to the aggregate amount of the Debtor's total liabilities as noted on any financial statements issued prior to the Petition Date.

16.     **First Day Orders.** The Debtor was authorized to pay certain outstanding prepetition claims pursuant to various orders entered by the Bankruptcy Court (collectively, the "First Day Orders"). To the extent the Debtor pays any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtor reserves all of its rights to amend or supplement the Schedules and Statements or take other actions as necessary or appropriate to avoid overpayment of or duplicate payments for any such liabilities. The estimate

- 8 -

of claims set forth in the Schedules and Statements may not reflect assertions by the Debtor's creditors of a right to have such claims paid or reclassified under the Bankruptcy Code or orders of the Bankruptcy Court.

17.     **Excluded Assets and Liabilities.** The Debtor has excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage claims exist. Certain immaterial assets and liabilities may also have been excluded.

18.     **Intellectual Property Rights.** Exclusion of certain intellectual property shall not be construed to be an admission that those intellectual property rights have been sold, abandoned, terminated, assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction, or otherwise have expired by their terms. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that those intellectual property rights have not been sold, abandoned, terminated, assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction, or otherwise have not expired by their terms. Accordingly, the Debtor reserves all of its rights as to the legal status of all intellectual property rights.

19.     **Liens.** The inclusion on Schedule D of creditors is not an acknowledgement of the validity, extent, or priority of any liens, and the Debtor reserves its right to challenge such liens and the underlying claims on any ground whatsoever. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements or an acknowledgment of same.

20.     **Insiders.** In circumstances where the Schedules and Statements require information regarding "insiders," the Debtor has included information with respect to the individuals who the Debtor believes may be "insiders" as such term is defined in section 101(31) of the Bankruptcy Code. The listing of a person as an "insider," is included for informational purposes only, and such listing is not intended to be, nor should be construed as, a legal characterization of such person as an insider, nor does it serve as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Moreover, the Debtor does not take any

- 9 -

position with respect to (i) such person's influence over the control of the Debtor, (ii) the management responsibilities or functions of such individual, (iii) the decision-making or corporate authority of such individual, or (iv) whether such individual could successfully argue that he or she is not an "insider" under applicable law or with respect to any theory of liability or for any other purpose. Furthermore, certain individuals or entities identified as insiders may not have been insiders for the entirety of the 12-month period before the Petition Date or may no longer serve in such capacities; nevertheless, the Debtor has included such individuals or entities from an abundance of caution. As such, the Debtor reserves the right to dispute whether someone identified as an insider herein is in fact an "insider" as within the meaning of section 101(31) of the Bankruptcy Code or otherwise.

21.     **Confidential Information.** Consistent with the relief sought in the *Debtor's Motion for Entry of an Order Authorizing the Redaction of Home Addresses from Pleadings* [Docket No. 11] and to protect the privacy of certain parties, certain identifying information, such as mailing addresses of individuals, has been excluded from the Schedules and Statements.

## SPECIFIC NOTES

**Schedule A/B, Line 1**. Value of cash on hand is estimated based on Debtor's practice of placing $100.00 in the cash register at the beginning of each shift.

**Schedule A/B, Line 11**. Value of accounts receivable is estimated based on available data from DoorDash and Grubhub concerning un-disbursed amounts as of May month-end. Accounts receivable from Toast as of May 28, 2025, are estimated to be approximately $21,000 and remain subject to further diligence due to unclear historical records provided by Toast. Additional *de minimis* amounts may have been payable by other processors as of May 28, 2025.

**Schedule A/B, Line 55, and Schedule G, Line 2.1.** The lease agreement for 9078 Baltimore Avenue was executed between Lisa Nash and the landlord, and the Debtor has historically used the premises for its business purposes. The 9078 Baltimore lease is reported on

these Schedules solely for purposes of notice, and its inclusion is not intended as a concession that the Debtor has any liability or obligations to either Ms. Nash or the landlord in relation to the lease.

**Schedule A/B, Lines 74-75.** The omission of causes of action from these Schedules reflects the absence of specific pending or threatened litigation on the part of the Debtor and is not intended as a concession that no causes of action are held by the Debtor's estate.

**Schedule D.** The presentation of the Small Business Administration as undersecured and other secured claims as having zero equity in collateral is not intended as a concession that the Small Business Administration's claim is in fact undersecured or that the value of the Debtor's business or assets is less than the amount of the Small Business Administration's claim.

**SOFA, Section 3.** The Debtor has made reasonable efforts to enumerate any payments or transfers to any creditor, within 90 days before filing this case, where the aggregate value of all property transferred to that creditor is at least $8,575. By listing a transfer or payment, the Debtor does not concede that such payment was made to satisfy an antecedent debt, and the Debtor reserves all rights to dispute any claim, that may arise, that such transfer or payment was made in connection with, or in satisfaction of, an antecedent debt.

**SOFA, Section 4.** The Debtor has made reasonable efforts to enumerate any payments or transfers to (or for the benefit of) any insider, within 1 year before filing this case, where the aggregate value of all property transferred to (or for the benefit of) that insider is at least $8,575. By listing a transfer or payment, the Debtor does not concede that such payment was made to satisfy an antecedent debt, and the Debtor reserves all rights to dispute any claim, that may arise, that such transfer or payment was made in connection with, or in satisfaction of, an antecedent debt. Although certain payments from the Debtor's bank accounts and credit cards may have been made during the 1-year period for the benefit of Lime Cay Inc. (an entity under common ownership with the Debtor), the Debtor has not performed an analysis of such payments. Furthermore, certain payment processors disbursed amounts into Lime Cay Inc.'s bank account on account of receipts from the Debtor's customers; the Debtor's statements are subject to amendment to reflect such payments.

- 11 -

**SOFA, Sections 4 and 30.** List of salary and wage payments includes all payments recorded on paystubs for Lisa Waddell Nash, Phieford Nash, and Lorna Hoilett, including paychecks issued to those three individuals. The Debtor understands that, in some cases, the recipients have not negotiated those checks.

**SOFA, Section 13.** The Debtor has made reasonable efforts to list any transfers of money or other property, made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. The inclusion of a payment to Maryland Live Casino on this list is not intended as a concession that such payment was outside the ordinary course of business; in some instances, the Debtor believes that Maryland Live advanced funds in cash that were used for business purposes such as vendor payments. This list does not include payments for Ms. Nash's insurance, credit cards, mortgage and other recurring expenses. This list of transfers is subject to amendment following receipt of certain bank statements for PNC accounts x0643, x0651 and x6595.

**SOFA, Section 27.** The Debtor performs regular inventories of liquor in stock. These inventories are focused on ensuring sufficient availability of product and therefore do not result in an accounting of the value of the liquor assets.

- 12 -

**Fill in this information to identify the case and this filing:**

Debtor Name ___The Jerk Pit, LLC___

United States Bankruptcy Court for the: _____ District of ___Columbia___
(State)

Case number (*If known*): ___25-00201-ELG___

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/25/2025___       ✗ _____
MM / DD / YYYY                           Signature of individual signing on behalf of debtor

___Lisa Waddell Nash___
Printed name

___President___
Position or relationship to debtor