The order below is hereby signed.

Signed: October 22 2025

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re* **THE JERK PIT, LLC**,[1] <br> Debtor. | Case No. 25-00201 (ELG) <br> Chapter 11, Subchapter V |

## ORDER SUSTAINING DEBTOR'S OBJECTION TO PROOF OF CLAIM #1-1 FILED BY THE DISTRICT OF COLUMBIA GOVERNMENT OFFICE OF TAX AND REVENUE

---

[1] The Debtor in this chapter 11 case (the "***Chapter 11 Case***"), along with its federal tax identification number and address, is The Jerk Pit, LLC (56-2486016, at 9078 Baltimore Ave., College Park, MD 20740).

Upon the *Debtor's Objection to Proof of Claim #1-1 Filed by the District of Columbia Government Office of Tax and Revenue* (the "**Objection**");[2] and the Court having jurisdiction to decide the Objection and to enter this Order pursuant to 28 U.S.C. § 1334; and consideration of the Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided, such notice being adequate and appropriate under the circumstances; and after notice and a hearing, as defined in section 102 of the Bankruptcy Code; and the Court having determined that the legal and factual bases set forth in the Motion and in the record establish just cause for entry of this Order; and it appearing that entry of this Order is in the best interests of the Debtor's estate; it is hereby **ORDERED** that:

1. The claim filed as proof of claim #1-1 by District of Columbia Government Office of Tax and Revenue (the "**Claim**") is disallowed for all purposes in this chapter 11 case.

2. Notwithstanding any provision of the Bankruptcy Rules or Local Rules, the terms of this Order shall be immediately effective and enforceable upon its entry.

3. The Debtor and its agents are authorized to take all steps necessary or appropriate to carry out this Order.

4. Except as provided in this Order, nothing in this Order shall be deemed (a) a finding as to the validity of any claim against the Debtor, (b) a waiver of the right of the Debtor to dispute any claim against the Debtor on any grounds whatsoever at a later date, (c) a requirement for the Debtor to pay any claim, or (d) a waiver of any right of the Debtor under the Bankruptcy Code or other applicable law.

5. The Court retains exclusive jurisdiction over all matters arising from or related to the implementation, interpretation or enforcement of this Order.

*[End of order]*

---

[2] Capitalized terms used but not defined in this Order have the meanings ascribed to them in the Objection.

**Presented by:**

*/s/ Erin Dexter*
Erin Dexter (D.C. Bar No. 1027839)
MILBANK LLP
1850 K St NW, Suite 1100
Washington, DC  20009
Telephone: 1 (202) 835-7500
Email:     EDexter@milbank.com

Lisa Laukitis (*pro hac vice*)
Benjamin M. Schak (*pro hac vice*)
Avi Taub (*pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY  10001
Telephone:    1 (212) 530-5000
Email:        LLaukitis@Milbank.com
              BSchak@Milbank.com
              ATaub@Milbank.com

*Counsel to The Jerk Pit, LLC*

**Copies to:**

DC Gov't Office of Tax and Revenue
PO Box 37559
Washington, DC  20013

Jolene E. Wee
447 Broadway, Ste. 502
New York, NY  10013

*Subchapter V Trustee for The Jerk Pit, LLC*